IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOE HILLARD** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SCHOOL DISTRICT OF** | : | |
| **PHILADELPHIA, et al** | : | **NO. 08-4375** |

## ORDER

**AND NOW,** this 4th day of November, 2009, it having been reported that the issues between the parties in the above action have been settled, it is hereby **ORDERED**, pursuant to Local Rule of Civil Procedure 41.1(b), that the above action is **DISMISSED** with prejudice, without costs, pursuant to agreement of counsel.

                                              **BY THE COURT:**

                                              /s/ Mitchell S. Goldberg
                                              _____
                                              **MITCHELL S. GOLDBERG, J.**